STATE OF OREGON, *Respondent, v.* GEORGE
PATRICK WINSTON (No. 28844), *Appellant.*

507 P2d 159

*J. Marvin Kuhn,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Foley and
Thornton, Judges.

PER CURIAM.

Affirmed. *State v. Valentine/Darroch,* 8 Or App
32, 492 P2d 308 (1971), *aff'd* 264 Or 54, 504 P2d 84
(1972), *cert denied* 412 US 948 (1973).